IKUTA, J., dissenting:
I would dismiss this appeal because, based on the record before us, the plaintiffs have failed to establish that their “petition to vacate [the arbitration award] complains principally and in good faith that the award was rendered in manifest disregard of federal law,” and therefore we lack subject matter jurisdiction. Luong v. Circuit City Stores, Inc., 368 F.3d 1109, 1111-12 (9th Cir.2004) (emphasis added) (internal quotation marks omitted); see also Lippitt v. Raymond James Fin. Servs., Inc., 340 F.3d 1033, 1040-41 (9th Cir.2003) (explaining that “mere references” to statements by a federal agency do not create federal question jurisdiction).